**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 26-cv-61272-DSW**

**ANDREI ZAVODOVSKI,**

**Plaintiff,**

**v.**

**TODD BLANCHE, in his official capacity as Acting Attorney General, et al.,**

**Defendants.**
_____________________________________/

## ORDER DISMISSING COMPLAINT

**THIS CAUSE** is before the Court on pro se Plaintiff Andrei Zavodovski's ("Plaintiff") Response to Order to Show Cause [ECF No. 9] (the "Response"). Plaintiff filed the Response after the Court issued a Paperless Order to Show Cause [ECF No. 7] ordering Plaintiff to show cause in writing as to why Plaintiff had failed to timely respond to Defendants' Motion to Dismiss [ECF No. 7] and why the Motion to Dismiss should not be granted.

In the Response [ECF No. 9] filed on July 27, 2026, Plaintiff represents that he "does not oppose Defendants' Motion to Dismiss. The immigration matter that gave rise to this lawsuit has been resolved, and Plaintiff agrees that dismissal of this action is appropriate." [*Id.* at 2]. Plaintiff further requests that the Court "grant Defendants' Motion to Dismiss." [*Id.*]. As such, the Court shall deem the Plaintiff's Response as a voluntary notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Based on the foregoing, and pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby **ORDERED AND ADJUDGED** that:

1. The Complaint [ECF No. 1] is hereby **DISMISSED**;

2. Defendants' Motion to Dismiss [ECF No. 7] is **DENIED AS MOOT**;

3. The Clerk of Court **SHALL CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of August 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record

Andrei Zavodovski, Pro Se
1818 Hollywood Blvd.
Apt 1415
Hollywood, FL 33020